IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NATHANIEL J BROWN,

    Plaintiff,

v.                                                             CASE NO. 1:15-cv-00174-MP-GRJ

CITY OF JACKSONVILLE FL, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 3, 2015. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that plaintiff is subject to the three strikes bar of 28 U.S.C. § 1915(g) and that the case is barred by the statute of limitations. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. Doc. 2, a motion for leave to proceed as a pauper and for appointment of counsel is denied, and this case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g) three-strikes bar and as frivolous..

    **DONE AND ORDERED** this *2nd* day of October, 2015

                                         *s/Maurice M. Paul*
                                     Maurice M. Paul, Senior District Judge